# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 17-03021-01-CR-S-MDH |
| ) | |
| JOHN DAVID HALE, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR JUDGMENT OF ACQUITTAL AT
## THE CLOSE OF THE GOVERNMENT'S CASE
_____

Comes now defendant, John David Hale, at the close of the government's case, and moves for a judgment of acquittal for the reason that the legally admissible evidence is insufficient as a matter of law to determine defendant's guilt beyond a reasonable doubt.

Respectfully submitted,

*/s/ Nancy R. Price*, #44647
**Nancy Price Law, P.C.**
3010 East Battlefield Road
Springfield, Missouri 65804
Telephone (417) 447-6874
Facsimile (417) 447-6875
nancy@nancypricelaw.com
***Attorney for John David Hale***

1

## CERTIFICATE OF SERVICE

I hereby certify that on Monday, January 06, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all parties so entitled to such notice and that I have provided a copy of the same by electronic delivery to the following non CM/ECF participant, John David Hale.

*/s/ Nancy R. Price*
NANCY R. PRICE