UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

JUDGMENT OF ACQUITTAL

| | |
|---|---|
| UNITED STATES OF AMERICA. ) | |
| ) | |
| vs. ) | Case No. 17-3021-01-CR-S-MDH |
| ) | |
| JOHN DAVID HALE ) | |

The Defendant was found not guilty on Count 1 of the Indictment filed on February 14, 2017. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated as to Count 1.

January 7, 2020                              s/Douglas Harpool
          Date                                    Douglas Harpool
                                                  United States District Judge